IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-22195-JAD |
| | : | |
| Gulf Chemical & Metallurgical Corporation, | : | |
| | : | |
| Debtor | : | |
| | : | Chapter 11 |
| | : | |
| Gulf Chemical & Metallurgical Corporation, | : | |
| | : | |
| Movant | : | |
| | : | Related to Document Nos. 17 |
| v. | : | |
| | : | |
| | : | |
| No Respondent | : | |

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

_____  Voluntary Petition - *Specify reason for amendment*:

_____  <u>Official Form 6 Schedules</u> (Itemization of Changes Must Be Specified)
_____  Summary of Schedules (amendment of total in line 1(a))
_____  Schedule A - Real Property (amendment of question 55)
_____  Schedule B - Personal Property
_____  Schedule C - Property Claimed as Exempt
_____  Schedule D - Creditors holding Secured Claims
      Check one:
          _____  Creditor(s) added
          _____  NO creditor(s) added (misplaced page corrected)
          _____  Creditor(s) deleted
_____  Schedule E - Creditors Holding Unsecured Priority Claims
      Check one:
          _____  Creditor(s) added
          _____  NO creditor(s) added
          _____  Creditor(s) deleted
_____  Schedule F - Creditors Holding Unsecured Nonpriority Claims
      Check one:
          _____  Creditor(s) added
          _____  NO creditor(s) added
          _____  Creditor(s) deleted
\_\_X\_\_  Schedule G - Executory Contracts and Unexpired Leases
      Check one:
          \_\_X\_\_  Creditor(s) added
          _____  NO creditor(s) added
          _____  Creditor(s) deleted
_____  Schedule H - Codebtors
_____  Schedule I - Current Income of Individual Debtor(s)
_____  Schedule J - Current Expenditures of Individual Debtor(s)
_____  Statement of Financial Affairs
_____  Chapter 7 Individual Debtor's Statement of Intention
_____  Chapter 11 List of Equity Security Holders
_____  Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____  Disclosure of Compensation of Attorney for Debtor

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

By regular mail on August 29, 2016, and served by the Debtor's claim agent, Kurtzman Carson Consultants.


Date: ___8/29/16_____          _____/s/ Sean D. Malloy_____
                                     Attorney for Debtor(s)

                                     _____Sean D. Malloy_____
                                     (Typed Name)

                                     600 Superior Avenue East, Suite 2100
                                     Cleveland, Ohio 44114
                                     (Address)

                                     _____(216) 348-5400_____
                                     (Phone No.)

                                     Ohio 0073157 (admitted pro hac vice)_____
                                     List Bar I.D. and State of Admission


Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

**Fill in this information to identify the case:**

Debtor name  Gulf Chemical & Metallurgical Corporation

United States Bankruptcy Court for the:  Western District of Pennsylvania

Case number (If known)  16-22195(JAD)          Chapter  Chapter 11

[X] Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   [ ] No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   [X] Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**          State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL<br>Safety Equipment Rental Agreement | 911 Safety Equipment<br><br>329 E. Main St.<br>Norristown, PA 19401 |
| --- | --- | --- | --- |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS<br>Telephone Agreement | A T & T LONG DISTANCE<br><br>P O BOX 5017<br>CAROL STREAM, IL 60197-5017 |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS<br>Master Services Agreement | A V C SPECIALISTS INC<br><br>5146 COMMERCE AVE SUITE G<br>MOORPARK, CA 93021 |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL<br>Rental of tanks purchase orders | Adler Tank Rentals<br><br>PO Box 45081<br>San Francisco, CA 94145-0081 |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL<br>Master Services Agreement | Adobe Equipment Co.<br><br>7607 Wallisville Rd<br>Houston, TX 77020 |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |

Debtor  Gulf Chemical & Metallurgical Corporation                          Case number (if known) 16-22195(JAD)
        Name

**■** **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2. 6 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS<br>Management of Medical Plan | AETNA - MIDDLETOWN<br><br>PO BOX 88863<br>CHICAGO, IL 60695-1863 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 7 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS<br>Employee assistance program | AETNA BAHAVIORAL HEALTH LLC<br><br>151 Farmington Ave.<br>Hartford, CT 06156 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 8 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL<br>Gas Cylinder Rental | AIR LIQUIDE INDUSTRIAL U.S. LP<br><br>PO BOX 200269<br>HOUSTON, TX 77216-0269 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 9 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS<br>Cylinder Product Agreement | AIR LIQUIDE INDUSTRIAL U.S. LP<br><br>PO BOX 200269<br>HOUSTON, TX 77216-0269 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 10 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS | Airgas Specialty Products<br><br>PO Box 934434<br>Atlanta, GA 31193 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 11 | State what the contract or lease is for and the nature of the debtor's interest | SALES AGREEMENT<br>Molly Trioxide Supply Agreement | Albemarle Corporation<br><br>2625 Bay Area Blvd<br>Suite 250<br>HOUSTON, TX 77058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 12 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS<br>Master Services Agreement | Albemarle Corporation<br><br>2625 Bay Area Blvd<br>Suite 250<br>HOUSTON, TX 77058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Gulf Chemical & Metallurgical Corporation                                    Case number (if known)  16-22195(JAD)
        _____                                                             _____
        Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2. 13 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS | Allometrics Inc |
| | | | 2500 Bayport Blvd |
| | **State the term remaining** | | Seebrook, TX 77586 |
| | **List the contract number of any government contract** | | |

| 2. 14 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS | ANDLYCO, LLC |
| | | | 1002 ABC DRIVE |
| | **State the term remaining** | | SUITE 400 |
| | | | FREEPORT, TX 77541 |
| | **List the contract number of any government contract** | | |

| 2. 15 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS<br>Maintenance Agreement | Aptean |
| | | | 1155 Perimeter Center West |
| | **State the term remaining** | | Suite 700 |
| | | | Atlanta, GA 30338 |
| | **List the contract number of any government contract** | | |

| 2. 16 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS<br>Uniform Services Agreement | Aramark Uniform |
| | | | 2680 Palumbo Dr. |
| | **State the term remaining** | | Lexington, KY 40509 |
| | **List the contract number of any government contract** | | |

| 2. 17 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS<br>Project Management Agreement | ASCentergy Corporation |
| | | | PO Box 8218 |
| | **State the term remaining** | | Spring, TX 77387 |
| | **List the contract number of any government contract** | | |

| 2. 18 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT<br>Ambient monitors purchase order | ASSOCIATES ENVIRONMENTAL |
| | | | 16882 Bolsa Chica Street |
| | **State the term remaining** | | Suite 202 |
| | | | HUNTINGTON BEACH, CA 92649 |
| | **List the contract number of any government contract** | | |

| 2. 19 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS<br>Master Services Agreement | ASSOCIATES ENVIRONMENTAL |
| | | | 16882 Bolsa Chica Street |
| | **State the term remaining** | | Suite 202 |
| | | | HUNTINGTON BEACH, CA 92649 |
| | **List the contract number of any government contract** | | |

Debtor  Gulf Chemical & Metallurgical Corporation                                   Case number (if known) 16-22195(JAD)
_____                                   _____
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                     State the name and mailing address for all other parties with
                                                            whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENTS <br><br> Major Accounts Agreement | Automatic Data Processing <br><br> PO Box 842875 <br> Boston, MA 22842875 |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENTS <br><br> Master Services Agreement | AVS BACKHOE SERVICES, INC. <br><br> 7550 S. US HWY 385 <br> ODESSA, TX 77503 |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EQUIPMENT RENTAL <br><br> Vending Machine Rental Agreement | BARRETT VENDING <br><br> 11305 TODD STREET <br> HOUSTON, TX 77055 |
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SALES AGREEMENT <br><br> Reagent purchase order | BASF Corporation (was Cognis) <br><br> 100 Campus Drive <br> Florham Park, NJ 07932 |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENTS <br><br> Conversion Agreement | Bear Metallurgical Company <br><br> ACCOUNTS RECEIVABLE <br> P O BOX 642082 <br> PITTSBURGH, PA 15264-2082 |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENTS <br><br> Master Services Agreement | Bear Metallurgical Company <br><br> ACCOUNTS RECEIVABLE <br> P O BOX 642082 <br> PITTSBURGH, PA 15264-2082 |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENTS | Bomgar Corporation <br><br> 578 Highland Colony Parkway <br> Paragon Centre, Suite 300 <br> Ridgeland, MS 39157 |

Debtor  Gulf Chemical & Metallurgical Corporation
     Name

Case number *(if known)* 16-22195(JAD)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENTS | BRAZOSPORT COLLEGE FOUNDATION<br><br>500 COLLEGE DRIVE<br>LAKE JACKSON, TX 77566 |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>Reagent purchase order | BRENNTAG SOUTHWEST, INC.<br><br>14826 HOOPER ROAD<br>PEARLAND, TX 77047 |
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENTS | BUCHI CORPORATION<br><br>19 LUKENS DRIVE, STE 400<br>NEW CASTLE, DE 19720 |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENTS | BUCHI CORPORATION<br><br>19 LUKENS DRIVE, STE 400<br>NEW CASTLE, DE 19720 |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENTS | BUCHI CORPORATION<br><br>19 LUKENS DRIVE, STE 400<br>NEW CASTLE, DE 19720 |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>Catalyst purchase order | Catalyst & Chemical Con (Rail) - Chep<br><br>Alberta Inc.<br>5106 51 Street<br>Lloydminster T9V0P4<br>CANADA |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>Catalyst purchase order | Catalyst Recovery of LA, LLC<br><br>1880 S Dairy Ashford suite 525<br>Houston, TX 77077 |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor  Gulf Chemical & Metallurgical Corporation _____     Case number (if known) 16-22195(JAD)
        Name

## ■ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2._34_  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENTS<br><br>Purchase order | CHEP<br><br>PO BOX 841573<br>DALLAS, TX 75284 |
| 2._35_  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | UTILITIES<br>Master Products and Services Agreement | Chevron USA – HQ<br><br>841 Chevron Way<br>Richmond, CA 94802 |
| 2._36_  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENTS<br>Water Supply Agreement | City of Freeport<br><br>200 W 2ND STREET<br>FREEPORT, TX 77541 |
| 2._37_  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENTS | Civil & Environmental Consult.<br><br>333 Baldwin Road<br>Pittsburgh, PA 15205 |
| 2._38_  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENTS | Civil & Environmental Consult.<br><br>333 Baldwin Road<br>Pittsburgh, PA 15205 |
| 2._39_  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENTS | CLARK INDUSTRIAL SERVICES, LLC<br><br>1100 S. Brooks<br>Brazoria, TX 77422 |
| 2._40_  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENTS | CLARK INDUSTRIAL SERVICES, LLC<br><br>1100 S. Brooks<br>Brazoria, TX 77422 |

Debtor  Gulf Chemical & Metallurgical Corporation
        Name

Case number *(if known)* 16-22195(JAD)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS | CLARK INDUSTRIAL SERVICES, LLC |
|---|---|---|---|
| | State the term remaining | | 1100 S. Brooks<br>Brazoria, TX 77422 |
| | List the contract number of any government contract | | |

| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS | CLARK INDUSTRIAL SERVICES, LLC |
|---|---|---|---|
| | State the term remaining | | 1100 S. Brooks<br>Brazoria, TX 77422 |
| | List the contract number of any government contract | | |

| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS | CN Customs Brokerage Services |
|---|---|---|---|
| | State the term remaining | | 3373 Griswold Rd<br>Port Huron, MI 48060 |
| | List the contract number of any government contract | | |

| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS | COASTAL AEROBIC SYSTEMS |
|---|---|---|---|
| | State the term remaining | | 8979 COUNTY RD 400<br>BRAZORIA, TX 77422 |
| | List the contract number of any government contract | | |

| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | SALES AGREEMENT<br>Base Contract for Sale of Natural Gas | COKINOS ENERGY CORPORATION |
|---|---|---|---|
| | State the term remaining | | 5718 Westheimer<br>Suite 900<br>Houston, TX 77057 |
| | List the contract number of any government contract | | |

| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS<br>Support Services Agreement | Consumers Cooperative - Regina |
|---|---|---|---|
| | State the term remaining | | PO Box 260, 9th Ave North<br>Regina S4P 3A1<br>CANADA |
| | List the contract number of any government contract | | |

| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS | Cooling Tower Specialists |
|---|---|---|---|
| | State the term remaining | | 105 Gatewood Drive<br>Chickasha, OK 73018 |
| | List the contract number of any government contract | | |

Schedule G: Executory Contracts and Unexpired Leases

Debtor  Gulf Chemical & Metallurgical Corporation
     Name

Case number (if known) 16-22195(JAD)

████  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS<br>Master Services Agreement | Cooling Tower Specialists<br><br>105 Gatewood Drive<br>Chickasha, OK 73018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS<br>Support Services Agreement | Cooper Environmental Services<br><br>9403 SW Nimbus Ave<br>BEAVERTON, OR 97008 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS<br>Agreement | Cooper Environmental Services<br><br>9403 SW Nimbus Ave<br>BEAVERTON, OR 97008 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | SALES AGREEMENT<br>Calcium Aluminate Supply Agreement | Core Metal Group<br><br>P.O. BOX 340<br>AURORA, IN 47001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | SALES AGREEMENT<br>Hydronchloric acid purchase order | COVESTRO LLC<br><br>P.O. BOX 120832<br>DEPT 0832<br>DALLAS, TX 75312-0832 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | SALES AGREEMENT<br>Purchase order | CROWN INSULATION SERVICES, LLC<br><br>362 SMITH ST.<br>CLUTE, TX 77531 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS | DASHIELL CORPORATION<br><br>BOX 890951, DEPT. 0951<br>P O BOX 120951<br>DALLAS, TX 75312-0951 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Gulf Chemical & Metallurgical Corporation
      Name

Case number (if known)  16-22195(JAD)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.55** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS<br>Master Services Agreement | DASHIELL CORPORATION<br><br>BOX 890951, DEPT. 0951<br>P O BOX 120951<br>DALLAS, TX 75312-0951 |
| State the term remaining<br>List the contract number of any government contract | | |
| **2.56** State what the contract or lease is for and the nature of the debtor's interest | SALES AGREEMENT<br>Agreement | DE LAGE LANDEN FINANCIAL<br><br>PO BOX 41602<br>PHILADELPHIA, PA 19101-1602 |
| State the term remaining<br>List the contract number of any government contract | | |
| **2.57** State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL<br>Lease of Sonicwall SNA 3500HA | DELL DIRECT SALES<br><br>PO BOX 676021<br>C/O DELL USA LP<br>DALLAS, TX 75267-6021 |
| State the term remaining<br>List the contract number of any government contract | | |
| **2.58** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS | Doeren Mayhew<br><br>One Riverway<br>Suite 1200<br>Houston, TX 77056 |
| State the term remaining<br>List the contract number of any government contract | | |
| **2.59** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS | DOW CHEMICAL COMPANY<br><br>P O BOX 846028<br>DALLAS, TX 75284-6028 |
| State the term remaining<br>List the contract number of any government contract | | |
| **2.60** State what the contract or lease is for and the nature of the debtor's interest | SALES AGREEMENT<br>Catalyst transportation agreement | ENGLUND EQUIPMENT CO., INC.<br><br>11498 W. BUCKEYE RD.<br>CASHION, AZ 85329 |
| State the term remaining<br>List the contract number of any government contract | | |
| **2.61** State what the contract or lease is for and the nature of the debtor's interest | SALES AGREEMENT<br>Catalyst purchase order | EURECAT US INC<br><br>1331 GEMINI STREET, SUITE 310<br>HOUSTON, TX 77058 |
| State the term remaining<br>List the contract number of any government contract | | |

Schedule G: Executory Contracts and Unexpired Leases

Debtor  Gulf Chemical & Metallurgical Corporation
      Name                                       Case number (if known)  16-22195(JAD)

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2. 62 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS | Evoqua Water Technologies LLC<br><br>PO BOX 360766<br>PITTSBURGH, PA 15250-1675 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 63 | State what the contract or lease is for and the nature of the debtor's interest | SALES AGREEMENT<br>Master Multi-Country Catalyst Sales Agreement | EXXONMOBIL CORPORATION HQ<br><br>PO BOX 4614<br>Houston, TX 77210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 64 | State what the contract or lease is for and the nature of the debtor's interest | SALES AGREEMENT<br>Ferrovanadium supply agreement | F W Winter<br><br>DELAWARE AVE & ELM STREET<br>CAMDEN, NJ 8102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 65 | State what the contract or lease is for and the nature of the debtor's interest | SALES AGREEMENT<br>Cylinder cage/propane bottle agreement | Ferrellgas, L.P.<br><br>99 Holmes Rd.<br>Houston, TX 77045 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 66 | State what the contract or lease is for and the nature of the debtor's interest | SALES AGREEMENT | Fidelity Investment Corp<br><br>82 Devonshire Street A6A<br>BOSTON, MA 02109-9745 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 67 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS<br>Purchase order | FLO-BIN CCKX, INC<br><br>17225 EL CAMINO REAL SUITE 34<br>HOUSTON, TX 77058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 68 | State what the contract or lease is for and the nature of the debtor's interest | SALES AGREEMENT | Flowstream Industrial Services<br><br>1618 W. 11th St<br>Freeport, TX 77541 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Gulf Chemical & Metallurgical Corporation

_____
Name

Case number (if known)  16-22195(JAD)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2. 69**
State what the contract or lease is for and the nature of the debtor's interest

SERVICE AGREEMENTS

Master Services Agreement

State the term remaining

List the contract number of any government contract

Flowstream Industrial Services

1618 W. 11th St
Freeport, TX 77541

---

**2. 70**
State what the contract or lease is for and the nature of the debtor's interest

SERVICE AGREEMENTS

State the term remaining

List the contract number of any government contract

FOCUS SERVICE GROUP

700 S. 8TH STREET
RICHMOND, TX 77469

---

**2. 71**
State what the contract or lease is for and the nature of the debtor's interest

SERVICE AGREEMENTS

State the term remaining

List the contract number of any government contract

Formosa Plastics Corp.

9 Peach Tree Hill Road
Livingston, NJ 07039

---

**2. 72**
State what the contract or lease is for and the nature of the debtor's interest

SERVICE AGREEMENTS

State the term remaining

List the contract number of any government contract

GARY P. PEARSON

2350 WESTCREEK LANE
SUITE 1213
HOUSTON, TX 77027

---

**2. 73**
State what the contract or lease is for and the nature of the debtor's interest

SALES AGREEMENT

Master Electric Energy Sales Agreement

State the term remaining

List the contract number of any government contract

GDF Suez Energy Resources NA

PO Box 9001025
Luisville, KY 40290-1025

---

**2. 74**
State what the contract or lease is for and the nature of the debtor's interest

SERVICE AGREEMENTS

State the term remaining

List the contract number of any government contract

Glencore Ltd

Three Stamford Plaza
301 Tresser Blvd
Stamford, CT 6901

---

**2. 75**
State what the contract or lease is for and the nature of the debtor's interest

SALES AGREEMENT

State the term remaining

List the contract number of any government contract

Graybar Electric Supply

PO BOX 840458
DALLAS, TX 75284-0458

Debtor  Gulf Chemical & Metallurgical Corporation                                                    Case number (if known)  16-22195(JAD)
        Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2.76 **State what the contract or lease is for and the nature of the debtor's interest**

SERVICE AGREEMENTS

Master Services Agreement

Guardian F.E. Moran

2202 Underwood
Laporte, TX 77571

**State the term remaining**

**List the contract number of any government contract**

2.77 **State what the contract or lease is for and the nature of the debtor's interest**

SERVICE AGREEMENTS

Agreement

GULF SHORES CONSTRUCTION INC

10616-C HEMPSTEAD HWY
HOUSTON, TX 77092

**State the term remaining**

**List the contract number of any government contract**

2.78 **State what the contract or lease is for and the nature of the debtor's interest**

SERVICE AGREEMENTS

Master Services Agreement

H&E Equipment Services

603 county rd 227a
Freeport, TX 77541

**State the term remaining**

**List the contract number of any government contract**

2.79 **State what the contract or lease is for and the nature of the debtor's interest**

SERVICE AGREEMENTS

Master Services Agreement

HAGEMEYER NORTH AMERICA

6614 East Hwy. 332
Freeport, TX 77541

**State the term remaining**

**List the contract number of any government contract**

2.80 **State what the contract or lease is for and the nature of the debtor's interest**

SERVICE AGREEMENTS

HAGEMEYER NORTH AMERICA

6614 East Hwy. 332
Freeport, TX 77541

**State the term remaining**

**List the contract number of any government contract**

2.81 **State what the contract or lease is for and the nature of the debtor's interest**

SERVICE AGREEMENTS

Haivision Network Video

13975 Polo Trail Drive
Lake Forest, IL 60045

**State the term remaining**

**List the contract number of any government contract**

2.82 **State what the contract or lease is for and the nature of the debtor's interest**

SALES AGREEMENT

Lab analysis agreement

Haldor Topsoe

10010 Bayport Rd
Pasadena, TX 77507

**State the term remaining**

**List the contract number of any government contract**

Debtor  Gulf Chemical & Metallurgical Corporation
        _____
        Name

Case number (if known)  16-22195(JAD)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2. 83**
State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENTS

State the term remaining

List the contract number of any government contract

HICKMAN, WILLIAMS & COMPANY

LOCATION 00286
CINCINNATI, OH 45264-0286

**2. 84**
State what the contract or lease is for and the nature of the debtor's interest — SALES AGREEMENT
Intrastate Natural Gas Transportation Agreement

State the term remaining

List the contract number of any government contract

Houston Pipe Line Company

PO Box 951439
Dallas, TX 75395-1439

**2. 85**
State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENTS
Master Services Agreement

State the term remaining

List the contract number of any government contract

HUNTER HEAVY EQUIPMENT

P.O. BOX 2429
TEXAS CITY, TX 77590

**2. 86**
State what the contract or lease is for and the nature of the debtor's interest — SALES AGREEMENT
Purchase Agreement

State the term remaining

List the contract number of any government contract

HYCHEM, INC.

10014 NORTH DALE MABRY HIGHWAY
SUITE 213
TAMPA, FL 33618-4426

**2. 87**
State what the contract or lease is for and the nature of the debtor's interest — SALES AGREEMENT
Rebuilding of MHF3 purchase order

State the term remaining

List the contract number of any government contract

INDUSTRIAL FURNACE COMPANY

40 HUMBOLDT ST
ROCHESTER, NY 14609

**2. 88**
State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENTS
Gas Monitor Agreement

State the term remaining

List the contract number of any government contract

INDUSTRIAL SCIENTIFIC

PO BOX 360939
PITTSBURGH, PA 15251

**2. 89**
State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENTS
External Document Storage Agreement

State the term remaining

List the contract number of any government contract

IRON MOUNTAIN RECORDS MGMT.

P.O. BOX 915004
DALLAS, TX 75391-5004

Debtor  Gulf Chemical & Metallurgical Corporation
_____
        Name

Case number (if known)  16-22195(JAD)
_____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENTS<br><br>Independent Contractor Agreement | J T THORPE COMPANY<br><br>DEPARTMENT 86<br>PO BOX 4346<br><br>HOUSTON, TX 77210 |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENTS<br>Master Services Agreement | J T THORPE COMPANY<br><br>DEPARTMENT 86<br>PO BOX 4346<br><br>HOUSTON, TX 77210 |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENT FOR REAL PROPERTY LEASE<br>Residential Real Estate Lease Agreement | JIM LAWSON<br><br>102 Lake Cliff Ct<br>CARY, NC 27513 |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENTS | KELLY SERVICES<br><br>P O BOX 530437<br>ATLANTA, GA 30353-0437 |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENTS | Kenkay Industrial Services<br><br>802 Oyster Creek Dr.<br>Richwood, TX 77531 |
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENTS<br>Master Services Agreement | Kenkay Industrial Services<br><br>802 Oyster Creek Dr.<br>Richwood, TX 77531 |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENTS<br>Pest Control Agreement | KILLUM PEST CONTROL<br><br>224 PLANTATION DR<br>LAKE JACKSON, TX 77566 |

Debtor  Gulf Chemical & Metallurgical Corporation
_____
Name

Case number (if known)  16-22195(JAD)
_____

## ▉ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2. 97 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS |
| | | Sampling of Soil Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Kleinfelder, Inc.

12000 Aerospace Ave.
Suite 450
Houston, TX 77034

| | | |
|---|---|---|
| 2. 98 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS |
| | | Water Sampling Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Kleinfelder, Inc.

12000 Aerospace Ave.
Suite 450
Houston, TX 77034

| | | |
|---|---|---|
| 2. 99 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS |
| | | Groundwater Monitoring Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Kleinfelder, Inc.

12000 Aerospace Ave.
Suite 450
Houston, TX 77034

| | | |
|---|---|---|
| 2. 100 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS |
| | | Environmental Study Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Kleinfelder, Inc.

12000 Aerospace Ave.
Suite 450
Houston, TX 77034

| | | |
|---|---|---|
| 2. 101 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS |
| | | Lease of Office Equipment |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Konica Minolta

Service Center
21146 Network Place
Chicago, IL 60673-1211

| | | |
|---|---|---|
| 2. 102 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL |
| | | Maintenace of Office Equipment |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Konica Minolta

Service Center
21146 Network Place
Chicago, IL 60673-1211

| | | |
|---|---|---|
| 2. 103 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS |
| | | Purchase Order |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Lhoist North America

Lhoist North America
5274 Paysphere Circle
Chicago, IL 60674

Debtor  Gulf Chemical & Metallurgical Corporation                                    Case number (if known)  16-22195(JAD)
_____                                      _____
       Name

■  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2. 104  State what the contract or lease is for and the nature of the debtor's interest — SALES AGREEMENT

State the term remaining

List the contract number of any government contract

Liquid Technology Corp.

2048 Apex Court
Apopka, FL 32703

---

2. 105  State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENTS

State the term remaining

List the contract number of any government contract

Loftin Equipment Company Inc.

12N 45th Ave.
Phoenix, AZ 85043

---

2. 106  State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENTS  Master Services Agreement

State the term remaining

List the contract number of any government contract

MATRIX SYSTEMS, INC.

P.O. BOX 714945
COLUMBUS, OH 43271-4945

---

2. 107  State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENTS

State the term remaining

List the contract number of any government contract

METROPOLITAN LIFE INSURANCE CO

PO BOX 360229
PITTSBURGH, PA 15251-6229

---

2. 108  State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENTS

State the term remaining

List the contract number of any government contract

Mettler - Toledo Inc

PO Box 730867
DALLAS, TX 75373-0867

---

2. 109  State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENTS

State the term remaining

List the contract number of any government contract

Mike's Machine Works

403 South Ave A
FREEPORT, TX 77541

---

2. 110  State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENTS  Master Services Agreement

State the term remaining

List the contract number of any government contract

Mike's Machine Works

403 South Ave A
FREEPORT, TX 77541

Debtor  Gulf Chemical & Metallurgical Corporation
_____
Name
Case number *(if known)*  16-22195(JAD)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 111 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS<br>Master Services Agreement | MILLER CONSOLIDATED, INC.<br><br>P.O. BOX 692<br>WEST COLUMBIA, TX 77486 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 112 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS | MILLER CONSOLIDATED, INC.<br><br>P.O. BOX 692<br>WEST COLUMBIA, TX 77486 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 113 | State what the contract or lease is for and the nature of the debtor's interest | SALES AGREEMENT<br>Purchase Order | MILLIFF.COM COMPUTER CONSULTIN<br><br>PO BOX 326<br>WADSWORTH, TX 77483 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 114 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS<br>Supply of Ammonium Metavanadate Agreement | Milliken & CO<br><br>P.O. Box 1926 M-220<br>SPARTANBURG, SC 29304 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 115 | State what the contract or lease is for and the nature of the debtor's interest | SALES AGREEMENT<br>Purchase Agreement | MS EQUIPMENT<br><br>3834 FM 2238<br>SCHULENBURG, TX 78956 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 116 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS<br>Master Services Agreement | NATION RESTORATION CORPORATION<br><br>PO Box 127<br>Lake Jackson, TX 77566 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 117 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS | NATION RESTORATION CORPORATION<br><br>PO Box 127<br>Lake Jackson, TX 77566 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Gulf Chemical & Metallurgical Corporation                                    Case number (if known)  16-22195(JAD)
            Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.118** State what the contract or lease is for and the nature of the debtor's interest — SALES AGREEMENT / Water Cooler Supply Agreement<br>State the term remaining<br>List the contract number of any government contract | Nestle Waters<br><br>9351 East point Dr.<br>Houston, TX 77054 |
| **2.119** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENTS<br>State the term remaining<br>List the contract number of any government contract | PHILLIPPS 66 COMPANY<br><br>1075 W. Sam Houston Pkwy N.<br>Suite 200<br>Houston, TX 77043 |
| **2.120** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENTS<br>State the term remaining<br>List the contract number of any government contract | PIPING AND EQUIPMENT, INC<br><br>2730 FM 523<br>Freeport, TX 77541 |
| **2.121** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENTS / Master Services Agreement<br>State the term remaining<br>List the contract number of any government contract | PIPING AND EQUIPMENT, INC<br><br>2730 FM 523<br>Freeport, TX 77541 |
| **2.122** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENTS<br>State the term remaining<br>List the contract number of any government contract | Praxair Distribution, Inc.<br><br>5515 W RICHEY ROAD<br>HOUSTON, TX 77066-3328 |
| **2.123** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENTS / Storage and Packaging Agreement<br>State the term remaining<br>List the contract number of any government contract | PRODUCTS TRANSFER<br><br>7255 AVENUE N<br>HOUSTON, TX 77001 |
| **2.124** State what the contract or lease is for and the nature of the debtor's interest — SALES AGREEMENT / Purchase Order<br>State the term remaining<br>List the contract number of any government contract | Quincy Compressor LLC<br><br>Department 3427, Lockbox 893427<br>PO Box 123427<br>Dallas, TX 75312-3427 |

Debtor  Gulf Chemical & Metallurgical Corporation
                    Name

Case number (if known)  16-22195(JAD)

---

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS<br>Supply of Vanadium Pentoxide Agreement | Reading Alloys - Ametek<br><br>P.O. BOX 53<br>ROBESONIA, PA 19551-0053 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS<br>Master Services Agreement | Reagent Chemical & Research In<br><br>PO Box 416228<br>Boston, MA 02241-6228 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS<br>Hazardous Water and Organics Disposal | Rineco<br><br>P O Box 729<br>Benton, AR 72018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS<br>Agreement | SGS ACCUTEST INC.<br><br>PO BOX 2506<br>CAROL STREAM, IL 60132-2506 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS | SHARON KMIEC FLOWERREE<br><br>7302 COUNTY ROAD 208<br>DANBURY, TX 77534 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS<br>Transportation Service Agreement | SHELTEX INVESTMENTS<br><br>PO Box 8218<br>Spring, TX 77387 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS<br>Agreement | Shimadzu Scientific Instrument<br><br>Department 0219<br>PO Box 120219<br>Dallas, TX 75312-0219 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Schedule G: Executory Contracts and Unexpired Leases

Debtor  Gulf Chemical & Metallurgical Corporation
_____
Name

Case number (if known)  16-22195(JAD)
_____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2. 132 **State what the contract or lease is for and the nature of the debtor's interest**  SERVICE AGREEMENTS  CEMS Audit/Mainenance Agreement  **State the term remaining**  **List the contract number of any government contract** | SICK, Inc.  Process Automation Division  4140 World Houston Parkway  Suite 180  Houston, TX 77032 |
| 2. 133 **State what the contract or lease is for and the nature of the debtor's interest**  SALES AGREEMENT  Reagent purchase order  **State the term remaining**  **List the contract number of any government contract** | SKYHAWK CHEMICAL INC  701 N. POST OAK ROAD, STE #540  HOUSTON, TX 77024 |
| 2. 134 **State what the contract or lease is for and the nature of the debtor's interest**  SALES AGREEMENT  Reagent Purchase Agreement  **State the term remaining**  **List the contract number of any government contract** | SNF, INC.  1 Chemical Plant Road  Riceboro, GA 31323 |
| 2. 135 **State what the contract or lease is for and the nature of the debtor's interest**  SERVICE AGREEMENTS  Hydrogen Peroxide Supply Agreement  **State the term remaining**  **List the contract number of any government contract** | Solvay Chemicals, Inc  23424 Network Place  CHICAGO, IL 60673-1234 |
| 2. 136 **State what the contract or lease is for and the nature of the debtor's interest**  SALES AGREEMENT  Reagent purchase order  **State the term remaining**  **List the contract number of any government contract** | Southern Ionics Incorporated  PO BOX 934557  ATLANTA, GA 31193-4557 |
| 2. 137 **State what the contract or lease is for and the nature of the debtor's interest**  SALES AGREEMENT  Purchase Order  **State the term remaining**  **List the contract number of any government contract** | Sparkling Clear  Industries  422 W. PLANTATION  CLUTE, TX 77531 |
| 2. 138 **State what the contract or lease is for and the nature of the debtor's interest**  SERVICE AGREEMENTS  **State the term remaining**  **List the contract number of any government contract** | SPECTRO ANALYTICAL INSTRUMENTS  PO BOX 200957  HOUSTON, TX 77216-0957 |

Debtor  Gulf Chemical & Metallurgical Corporation
　　　　　　　　Name

Case number (if known)  16-22195(JAD)

███ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

---

2. 139
State what the contract or lease is for and the nature of the debtor's interest

SERVICE AGREEMENTS

Spectro, LLC

720 Brooker Creed Blvd
Suite 215
Oldsmar, FL 34677

State the term remaining

List the contract number of any government contract

---

2. 140
State what the contract or lease is for and the nature of the debtor's interest

SALES AGREEMENT

SUNBELT RENTALS

PO BOX 409211
0
ATLANTA, GA 30384-9211

State the term remaining

List the contract number of any government contract

---

2. 141
State what the contract or lease is for and the nature of the debtor's interest

SALES AGREEMENT
Master Multi-Country Sales Agreement

Syncrude Canada Ltd

200-9911 Macdonald Ave
Fort Murray T9H 1S7
CANADA

State the term remaining

List the contract number of any government contract

---

2. 142
State what the contract or lease is for and the nature of the debtor's interest

SERVICE AGREEMENTS

TATA CHEMICALS SODA ASH

100 Enterprise Dr.
7th Floor, Suite 700
ROCKAWAY, NJ 07866

State the term remaining

List the contract number of any government contract

---

2. 143
State what the contract or lease is for and the nature of the debtor's interest

SERVICE AGREEMENTS
Maintenance Agreement

TENNANT SALES & SERVICE CO

701 North Lilac drive
PO Box 1452
Minneapolis, MN 55440

State the term remaining

List the contract number of any government contract

---

2. 144
State what the contract or lease is for and the nature of the debtor's interest

SERVICE AGREEMENTS

Tesoro Petroleum - HQ

19100 Ridgewood Parkway
San Antonio, TX 78259

State the term remaining

List the contract number of any government contract

---

2. 145
State what the contract or lease is for and the nature of the debtor's interest

SERVICE AGREEMENTS
Engineering Contractor Agreement

TESTENGEER INC

6918 Highway 332 East
Freeport, TX 77541

State the term remaining

List the contract number of any government contract

---

Debtor  Gulf Chemical & Metallurgical Corporation
        _____
                        Name

Case number (if known)  16-22195(JAD)
                        _____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2. 146 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS | TETRA TECH, INC.<br><br>2901 WILCREST DRIVE<br>HOUSTON, TX 77042 |
| | State the term remaining<br><br>List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2. 147 | State what the contract or lease is for and the nature of the debtor's interest | SALES AGREEMENT | TEXAS BRINE COMPANY LLC<br><br>4800 San Felipe<br>Houston, TX 77056 |
| | State the term remaining<br><br>List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2. 148 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS | THERMO ELECTRON NORTH AMERICA<br><br>1400 Northpoint Parkway<br>Suite 50<br>West Palm, FL 33407 |
| | State the term remaining<br><br>List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2. 149 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS | Thomas & Betts<br><br>Utility Division<br>P O Box 402411<br>Atlanta, GA 30384-2411 |
| | State the term remaining<br><br>List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2. 150 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL<br>Tank Rental Agreement | Tidal Tank<br><br>Dept. 618<br>PO Box 4346<br>Houston, TX 77210-4346 |
| | State the term remaining<br><br>List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2. 151 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS | TMS INTERNATIONAL, LLC<br><br>25066 Network Place<br>CHICAGO, IL 60673-1250 |
| | State the term remaining<br><br>List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2. 152 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS | TRINITY CONSULTANTS<br><br>12770 MERIT DRIVE<br>SUITE 900<br>DALLAS, TX 75251 |
| | State the term remaining<br><br>List the contract number of any government contract | | |

Debtor  Gulf Chemical & Metallurgical Corporation
_____
Name

Case number (if known)  16-22195(JAD)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2. 153 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

U.S. BANK EQUIPMENT FINANCE

1310 MADRID STREET
SUITE 101
MARSHALL, MN 56258-4002

| | | |
|---|---|---|
| 2. 154 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

United Rentals Northwest, Inc.

was: GulfStar Rental
2809 East 13th Street
La Porte, TX 77571

| | | |
|---|---|---|
| 2. 155 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT<br>Reagent supply purchase order |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

UNIVAR USA INC

P O BOX 849027
DALLAS, TX 75284-9027

| | | |
|---|---|---|
| 2. 156 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS<br>Environmental Air Quality Monitoring Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

URS CORPORATION

DEPT 1028
P O BOX 121028
DALLAS, TX 75312-1028

| | | |
|---|---|---|
| 2. 157 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS<br>Master Services Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

US ECOLOGY TEXAS, L.P.

PO BOX 26273
SALT LAKE CITY, UT 84126-0273

| | | |
|---|---|---|
| 2. 158 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT<br>Purchase Order |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

US Steel Canada Inc

86 Wilcox Street
P.O. Box 2030
Hamilton L8N 3T1
CANADA

| | | |
|---|---|---|
| 2. 159 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT<br>Supply of Ferrovanadium Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

US Steel Corp

PO BOX 267
ACCTS PAYABLE DEPT.
PITTSBURGH, PA 15230

Debtor __Gulf Chemical & Metallurgical Corporation_____     Case number (if known) __16-22195(JAD)_____
    Name

## ▮ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2. 160 | **State what the contract or lease is for and the nature of the debtor's interest** SALES AGREEMENT<br>Cell Phone Agreement | VERIZON WIRELESS<br><br>P O Box 660108<br>DALLAS, TX 75266-0108 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2. 161 | **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENTS<br>Master Services Agreement | Vernor Material & Equipment Co<br><br>P O Box 967<br>CLUTE, TX 77531 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2. 162 | **State what the contract or lease is for and the nature of the debtor's interest** UTILITIES | Waste Management<br><br>PO BOX 660345<br>DALLAS, TX 75266-0345 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2. 163 | **State what the contract or lease is for and the nature of the debtor's interest** UTILITIES | Waste Management<br><br>PO BOX 660345<br>DALLAS, TX 75266-0345 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2. 164 | **State what the contract or lease is for and the nature of the debtor's interest** SALES AGREEMENT<br>Purchase Order | WEIGH TECH<br><br>2422 HWY 288B<br>Richwood, TX 77531 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2. 165 | **State what the contract or lease is for and the nature of the debtor's interest** EQUIPMENT RENTAL<br>Lease Agreement | Wells Fargo Rail Corporation<br><br>6250 River Road<br>Suite 5000<br>Rosemont, IL 60018 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2. 166 | **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENTS | Wholesale Electric Supply<br><br>602 Jaco St.<br>Clute, TX 77531 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Debtor  Gulf Chemical & Metallurgical Corporation
          Name

Case number (if known)  16-22195(JAD)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

---

2. 167   **State what the contract or lease is for and the nature of the debtor's interest**

SALES AGREEMENT

Supply of Moly Trioxide Purchase Order

WR Grace

1800 Davison Rd
SULPHUR, LA 70665

**State the term remaining**

**List the contract number of any government contract**

---

2. 168   **State what the contract or lease is for and the nature of the debtor's interest**

SALES AGREEMENT

ZOHO CORPORATION

4900 Hopyard Road
Suite 310
Pleasanton, CA 94588

**State the term remaining**

**List the contract number of any government contract**

---

2.____   **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

---

2.____   **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

---

2.____   **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

---

2.____   **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

---

2.____   **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

---